STATE OF NEW JERSEY v. TOMMY E. ROSS.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TOMMY WARE.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIO RIVERA.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD SCOTT.

December 6, 1988.

Petition for certification denied.